IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**ERIC SEYMOUR WILLIAMS,**

    **Plaintiff,**

vs.                                    Case No. 4:11cv299-RH/WCS

**BRAD JOHNSON,**
**OFFICER J. LEMAIR,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

On June 20, 2011, the *pro se* Plaintiff initiated this case by filing an *in forma pauperis* motion, doc. 2, and civil rights complaint under 42 U.S.C. § 1983, doc. 1.  On June 22, 2011, Plaintiff filed an amended complaint, doc. 4.  An order was entered on June 29th, granting Plaintiff's *in forma pauperis* motion and directing Plaintiff to file a second amended complaint, doc. 5.  That order was not returned to the Court as undeliverable.  It must be assumed that Plaintiff received the order.

Plaintiff was directed to submit the amended complaint, and provide a response clarifying his income no later than **July 22, 2011**.  Doc. 5.  Plaintiff was warned that failure to comply might result in a recommendation of dismissal of this case.  *Id.*  Plaintiff has not responded by the deadline provided.

Case 4:11-cv-00299-RH-WCS   Document 6   Filed 08/10/11   Page 2 of 2

Page 2 of 2

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Plaintiff has failed to comply with a court order and appears to have abandoned this litigation. This case should be dismissed without prejudice.

Plaintiff shall have a 15 day period after service of this report and recommendation in which to file a motion for reconsideration. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond and demonstrate his intent to proceed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to comply with a court order and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on August 10, 2011.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**