IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC SEYMOUR WILLIAMS,

    Plaintiff,

v.                          CASE NO. 4:11cv299-RH/WCS

BRAD JOHNSON, OFFICER J. LEMAIR,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice for failure to comply with a court order and failure to prosecute." The clerk must close the file.

SO ORDERED on September 30, 2011.

                                            Robert L. Hinkle
                                            United States District Judge